IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OCTAVIO ZAVALA,

    Plaintiff,                    No. 2: 12-cv-2151 MCE JFM

    vs.

BANK OF NEW YORK MELLON

TRUST, et al.,

    Defendants.              <u>ORDER</u>

                              /

           Plaintiff is proceeding pro se and filed a complaint against defendant Bank of New York Mellon Trust and Bank of America on August 17, 2012. The clerk issued a summons to each defendant on August 17, 2012. To date, plaintiff has not filed any evidence that he served either defendant with the summons and complaint.

           Federal Rule of Civil Procedure 4(m) states that:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

1

1 | It has been over 120 days since plaintiff filed the complaint.

2 | Accordingly, IT IS HEREBY ORDERED that:

3 | 1. Plaintiff shall show good cause within fourteen (14) days of the date of this order why this action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for plaintiff's failure to serve the defendants with the complaint; and

6 | 2. The initial scheduling conference set for February 14, 2013 at 11:00 a.m. is VACATED.

8 | DATED: February 4, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
zava2151.osc